UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CR-73-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK AARON OAKLEY | **NOTICE OF APPEARANCE** |

NOW COMES undersigned counsel and informs the Court and the Government that he has been retained to represent the Defendant in this matter.

This the 3rd day of October, 2025.

                                                **GAMMON & ZESZOTARSKI, PLLC**

                                                <u>/s/   Joseph E. Zeszotarski, Jr.</u>
                                                Joseph E. Zeszotarski, Jr.
                                                State Bar No. 21310
                                                P.O. Box 1127
                                                Raleigh, NC  27602
                                                (919) 521-5878
                                                jzeszotarski@ghz-law.com
                                                Counsel for Defendant