UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-73-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **MOTION TO CONTINUE ARRAIGNMENT** |
| MARK AARON OAKLEY | |

NOW COMES DEFENDANT Mark Aaron Oakley, through undersigned counsel, and respectfully moves this Court for an order continuing the arraignment in this case, currently set for 12 May 2026, to the July 2026 term of court. In support of this Motion, Defendant shows the Court the following:

1. In an indictment returned 2 April 2025, Defendant is charged with three counts of deprivation of civil rights while acting under color of law in violation of 18 USC §242. The charges arise out of use of force incidents that occurred during Defendant's employment as a police officer.

2. Defendant was released on conditions of release at his initial appearance and has complied with all conditions of release.

3. Undersigned counsel was retained to represent Defendant and entered an appearance on 3 October 2025, several months after the case was pending.

4. Arraignment is currently set for 12 May 2026.

5.    In preparation of the defense of this case, Defendant and his counsel have engaged the assistance of potential expert witnesses.  Additional time is needed for Defendant and his counsel to work with these experts prior to arraignment, and Defendant therefore respectfully requests that arraignment be continued to the July 2026 term of court.

6.    Defendant consents to the exclusion of any period of delay caused by this motion from the calculations under the Speedy Trial Act.

7.    Undersigned counsel has contacted AUSA Erin Blondel regarding this motion, and Ms. Blondel states that the Government does not oppose this motion.

WHEREFORE, Defendant respectfully requests that this Motion be granted, and that the arraignment in this case be continued to the July 2026 term of court.

This the 4th day of May, 2026.

**GAMMON & ZESZOTARSKI, PLLC**

/s/    Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
State Bar No. 21310
P.O. Box 1127
Raleigh, NC  27602
(919) 521-5878
jzeszotarski@ghz-law.com

Counsel for Defendant