Motion IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 5:25-CV-651-FL
NO. 5:25-CR-73-FL-BM

| | | |
|---|---|---|
| SHAMAYAH JONES, ISHMILL SMITH, XAVIER DAVIS, and DWAYNE HICKS, Plaintiffs, v. MARK OAKLEY, in his individual and official capacities; GOBLE LANE, in his individual and official capacities; TOWN OF WARRENTON, and DOES 1 through 10, INCLUSIVE, Defendants. | ) | ORDER |

- - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA v. MARK AARON OAKLEY, Defendant. | ) |

This matter is before the court in the first matter captioned above on motion for stay of discovery and associated deadlines (DE 39), on behalf of defendants Mark Oakley ("Oakley") and Town of Warrenton ("Warrenton"), with consent of Goble Lane ("Lane"). Stay is sought until conclusion of the second captioned matter, up to and through sentencing where defendant pleaded guilty November 13, 2026, to count two of indictment returned April 2, 2025, charging three separate counts of deprivation of rights under color of law, in violation of 18 U.S.C. § 242.

Sentencing is set for that term of court commencing February 9, 2027. In the alternative, the court is requested to grant a partial stay of discovery as applied to defendant Oakley, including expert discovery.

Having considered arguments made by both sides in the civil case, the court grants alternative relief sought in the motion, that is partial stay of discovery as applied to defendant Oakley. Parties in the civil matter first captioned shall, within 21 days of defendant Oakley's sentencing in the second captioned matter, confer and submit their joint or separate proposals, if agreement cannot be achieved, regarding future civil case management.

SO ORDERED, this the 17th day of November, 2026.

LOUISE W. FLANAGAN
United States District Judge